SYLVIA F. COSTELLO, an Infant, by ALFRED W. COSTELLO, Her Guardian ad Litem, et al., Respondents, v. JAMES W. DUNNIGAN, Defendant, and CHRISTIAN HANSEN, Appellant.— In an action to recover damages for personal injuries allegedly sustained by the infant plaintiff and for loss of her services and expenses incurred by her father, the jury rendered a verdict for $12,500 in favor of the infant and for $700 in favor of her father against both defendants. Defendant Hansen appeals from the judgment entered upon the verdict and from an order denying his motion to set aside the verdict and for a new trial. Judgment and order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

∎

FRANMOR REALTY CORPORATION, Respondent, v. VILLAGE OF OLD WESTBURY, Appellant.— In an action for a judgment declaring that so much of the building zone ordinance, adopted February 2, 1951, of defendant village as prescribes a minimum area restriction of two acres for one-family residence buildings in its "BB" district is unconstitutional and void, and for incidental relief, defendant appeals from an order granting plaintiff's motion with respect to defendant's demand for a bill of particulars to the extent of vacating the demand as to all its items other than certain stated items. Order affirmed, with $10 costs and disbursements. The particulars are to be served within ten days from the entry of the order hereon. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.